**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FREDDY ANTONIO LUMBI CRUZ,

Petitioner,

v.

CYNTHIA ARMANT,

Respondent.

Case No. 5:26-cv-04864-SPG-DTB

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition (ECF No. 1), Petitioner's Reply (ECF No. 10), and the Report and Recommendation of the United States Magistrate Judge (ECF No. 12). No party has filed objections to the Report and Recommendation, and the deadline to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 12);
2. The Petition is GRANTED;
3. Respondents are ordered to immediately release Petitioner Freddy Antonio Lumbu Cruz (A# 233-027-113) from custody subject to the same conditions (if

any) that he was subject to at the time he was arrested and detained, and to return all property confiscated during his arrest and processing into detention;

4. Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without complying with all applicable statutes and regulations;
5. Respondents shall file a status report with two business dates of the date of this Order to confirm that Petitioner's release from custody is subject to the same conditions, if any, to which he was subject at the time he was arrested and detained; and
6. Judgment is to be entered accordingly.

DATED: October 2, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE