**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FREDDY ANTONIO LUMBI CRUZ,
Petitioner,
v.
CYNTHIA ARMANT,
Respondent.

Case No. 5:26-cv-04864-SPG-DTB

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for a Writ of Habeas Corpus, filed at ECF No. 1, is GRANTED. Respondents are ORDERED to immediately release Petitioner Freddy Antonio Lumbu Cruz (A# 233-027-113) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained, and to return all property confiscated during his arrest and processing into detention. Respondents are further ORDERED to file a status report with two business dates of the date of this Order to confirm that Petitioner's release from custody is subject to the same conditions, if any, to which he was subject at the time he was arrested and detained. Finally, Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in

concert or in participation with them are ENJOINED from re-detaining Petitioner without complying with all applicable statutes and regulations.

**IT IS SO ORDERED.**

DATED: October 2, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE